**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**TANYA ROBINSON,**

        **Plaintiff,**

**v.**                                                                              **Case No: 6:12-cv-1341-Orl-36KRS**

**KIST ALF INC., SHARON KIST,**

        **Defendants.**

_____

**ORDER**

This cause comes before the Court on the Report and Recommendation of Magistrate Judge Karla R. Spaulding, filed on September 3, 2013. Doc. 48. In the Report and Recommendation, the Magistrate Judge recommends that the Court grant Plaintiff Tanya Robinson, Opt-in Plaintiff Heather Ridener and Defendants' Joint Motion for Settlement Approval and Dismissal (Doc. 43). *Id.* at 7. No objections to the Report and Recommendation have been filed and the time to do so has expired.

The Court agrees that the settlement between Plaintiff Robinson and Defendants as well as the settlement between Opt-in Plaintiff Ridener and Defendants each represent a "fair and reasonable resolution of a bona fide dispute" of the claims raised pursuant to the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq*. *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1354–55 (11th Cir. 1982). Therefore, after careful consideration of the Report and Recommendation of the Magistrate Judge, in conjunction with an independent examination of the court file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

Accordingly, it is hereby **ORDERED and ADJUDGED**:

1. The Report and Recommendation of the Magistrate Judge (Doc. 48) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

2. The Joint Motion for Settlement Approval and Dismissal (Doc. 43) is **GRANTED**. The Settlement Agreement between Plaintiff Tanya Robinson and Defendants (Doc. 43-1, Ex. A) as well as the Settlement Agreement between Opt-In Plaintiff Heather Ridener and Defendants (Doc. 43-2, Ex. B) are both **APPROVED**, as they each constitute a fair and reasonable resolution of a bona fide dispute.

3. Plaintiffs' counsel is hereby **PROHIBITED** from withholding any amounts payable to Plaintiff Robinson and Opt-In Plaintiff Ridener under their respective settlement agreements pursuant to a contingent fee agreement or otherwise.

4. Plaintiffs' counsel shall provide a copy of this Order to Plaintiff Robinson and Opt-In Plaintiff Ridener.

5. This action is hereby **DISMISSED, with prejudice,** as to the claims of Plaintiff Robinson and Opt-In Plaintiff Ridener.

**DONE** and **ORDERED** in Orlando, Florida on October 4, 2013.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties
United States Magistrate Judge Karla R. Spaulding