# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**TANYA ROBINSON,**

       **Plaintiff,**

**v.**                                            **Case No: 6:12-cv-1341-Orl-36KRS**

**KIST ALF INC., SHARON KIST,**

       **Defendants.**

## ORDER

This cause comes before the Court on the Report and Recommendation of Magistrate Judge Karla R. Spaulding, filed on September 30, 2013. Doc. 50. In the Report and Recommendation, the Magistrate Judge recommends that the Court grant the parties' Renewed Joint Supplement to Motion for Approval Regarding Opt-In Plaintiff Tonya Kelley's Claims and Revised Settlement Agreement (Doc. 49). *Id.* at 4. The parties have filed a Joint Notice of No Objection (Doc. 51) to the Report and Recommendation.

The Court agrees that the revised settlement agreement between Opt-In Plaintiff Kelley and Defendants is a "fair and reasonable resolution of a bona fide dispute" of the claims raised pursuant to the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq*. *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1354–55 (11th Cir. 1982). Therefore, after careful consideration of the Report and Recommendation of the Magistrate Judge, in conjunction with an independent examination of the court file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

Accordingly, it is hereby **ORDERED and ADJUDGED**:

1. The Report and Recommendation of the Magistrate Judge (Doc. 50) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

2. The Renewed Joint Supplement to Motion for Approval Regarding Opt-In Plaintiff Tonya Kelley's Claims and Revised Settlement Agreement (Doc. 49) is **GRANTED**.  The revised Settlement Agreement between Plaintiff Tanya Robinson and Defendants (Doc. 49-1) is **APPROVED**, as it constitutes a fair and reasonable resolution of a bona fide dispute.

3. Plaintiff's counsel is hereby **PROHIBITED** from withholding any amounts payable to Opt-In Plaintiff Kelley under the settlement agreement pursuant to a contingent fee agreement or otherwise.

4. Plaintiff's counsel shall provide a copy of this Order to Opt-In Plaintiff Kelley.

5. This action is hereby **DISMISSED, with prejudice**, as the claims of Opt-In Plaintiff Kelley against Defendants have been resolved by this Order, and the claims of Plaintiff Robinson and Opt-In Plaintiff Ridener against Defendants have been resolved by separate Order.  The Clerk is directed to **CLOSE** this case.

**DONE** and **ORDERED** in Orlando, Florida on October 4, 2013.

Charlene Edwards Honeywell
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties
United States Magistrate Judge Karla R. Spaulding